UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:16-CR-0001-BR-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AUSTIN CALDWELL DAVIS | **ORDER TO SEAL** |

On motion of the Defendant, Austin Caldwell Davis, and for good cause shown, it is hereby ORDERED that [DE 57] be sealed until otherwise ordered by the Court, except that copies may be provided to the United States Attorney's Office and Counsel for the above-named Defendant.

SO ORDERED. This 23 day of June 2017.

JAMES C. DEVER III
Chief United States District Judge